# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CYNTHIA TUCKER,<br><br>        Plaintiff,<br><br>v.<br><br>GE HEALTHCARE INC.; GE HEALTHCARE AS; GENERAL ELECTRIC COMPANY; McKESSON CORPORATION; BRACCO DIAGNOSTICS, INC.; BRACCO RESEARCH USA, INC.; BIPSO GMBH; BRACCO IMAGING, S.P.A.; BRACCO GROUP; BRACCO IMAGING GROUP; TAKEDA GMBH; ACIST MEDICAL SYSTEMS, INC., dba ACIST SILICON VALLEY; BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER PHARMA AG, formerly known as BAYER SCHERING PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; McKESSON MEDICAL-SURGICAL, INC.; MERRY X-RAY CHEMICAL CORPORATION; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Civil Action No. 2:18CV11131<br><br>Hon. George Caram Steeh<br>Mag. Judge David R. Grand |

## **STIPULATED ORDER OF VOLUNTARY DISMISSAL**

Plaintiff Cynthia Tucker, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), has stipulated to voluntarily dismiss this case in its entirety without prejudice. This dismissal includes all claims against all parties with each side to bear her/its own costs and fees. All parties who have appeared in this matter have also stipulated to this dismissal.

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed in its entirely without prejudice and without costs.

Dated: June 4, 2018                                     s/George Caram Steeh
                                                        Hon. George Caram Steeh
                                                        United States District Judge

STIPULATED TO:

| | |
|---|---|
| Dated:  May 30, 2018 | *s/* Todd A. Walburg (w/consent) |
| | C. Brooks Cutter (not admitted) |
| | Todd A. Walburg (not admitted) |
| | Margot P. Cutter (not admitted) |
| | Cutter Law, P.C. |
| | 401 Watt Avenue |
| | Sacramento, CA 95864 |
| | Telephone: (916) 290-9400 |
| | Facsimile: (916) 588-9330 |
| | Email: bcutter@cutterlaw.com |
| | Email: twalburg@cutterlaw.com |
| | Email: mcutter@cutterlaw.com |
| | |
| | Attorneys for Plaintiff Cynthia Tucker |
| | |
| Dated:  May 30, 2018 | *s/* Jeremy A. Moseley (w/consent) |
| | Michael L. O'Donnell |
| | Jeremy A. Moseley |
| | WHEELER TRIGG O'DONNELL LLP |
| | 370 Seventeenth Street, Suite 4500 |
| | Denver, CO  80202-5647 |
| | Telephone:  303.244.1800 |
| | Facsimile:   303.244.1879 |
| | Email: odonnell@wtotrial.com |
| | Email: moseley@wtotrial.com |
| | |
| | Cameron R. Getto |
| | Mischa Boardman |
| | Jeremy Mullett |
| | ZAUSMER, AUGUST & CALDWELL, PC |
| | 32255 Northwestern Highway, Ste. 225 |
| | Farmington Hills, MI 48334 |
| | Telephone:  248.851.4111 |
| | Email: CGetto@zacfirm.com |
| | Email: MBoardman@zacfirm.com |
| | Email: JMullett@zacfirm.com |

|  |  |
|---|---|
|  | Attorneys for Defendants GE Healthcare Inc. and General Electric Company |
| Dated:  May 30, 2018 | *s/* Jill M. Wheaton |
|  | Jill M. Wheaton |
|  | Andrew T. VanEgmond |
|  | DYKEMA GOSSETT PLLC |
|  | 2723 South State Street, Suite 400 |
|  | Ann Arbor, MI 48104 |
|  | Telephone: (734) 214-7629 |
|  | Facsimile: (734) 214-7696 |
|  | Email: jwheaton@dykema.com |
|  | Email: avanegmond@dykema.com |
|  |  |
|  | Andrew Goldman  (not admitted) |
|  | Jennifer Greenblatt  (not admitted) |
|  | Edward Dumoulin (not admitted) |
|  | agoldman@goldmanismail.com |
|  | jgreenblatt@goldmanismail.com |
|  | edumoulin@goldmanismail.com |
|  | GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP |
|  | 564 W. Randolph St., Ste. 400 |
|  | Chicago, IL 60661 |
|  | Telephone: (312) 681-6000 |
|  | Facsimile: (312) 881-5191 |
|  |  |
|  | Attorneys for Specially Appearing Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Corporation, and Bayer HealthCare LLC |

Dated:  May 30, 2018                              *s/* Paul S. Penticuff (w/consent)
                                                            Thomas N. Sterchi (not admitted)
                                                            Paul S. Penticuff (not admitted)
                                                            BAKER STERCHI COWDEN & RICE LLC
                                                            2400 Pershing Road, Suite 500
                                                            Kansas City, Missouri 64108
                                                            Telephone: (816) 471-2121
                                                            Facsimile: (816) 472-0288
                                                            Email: sterchi@bscr-law.com
                                                           Email: penticuff@bscr-law.com

                                                           Attorneys for Specially Appearing
                                                           Defendant Bracco Diagnostics Inc.

CERTIFICATE OF SERVICE

I certify that on May 31, 2018, I caused to be electronically filed the foregoing *Stipulated Order of Voluntary Dismissal* with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

I also certify that on May 31, 2018, I caused to be served a copy of the foregoing *Stipulated Order of Voluntary Dismissal* upon:

C. Brooks Cutter
Todd A. Walburg
Margot P. Cutter
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864


Attorneys for Plaintiff Cynthia Tucker

and

Thomas N. Sterchi
Paul S. Penticuff
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108

Attorneys for Specially Appearing
Defendant Bracco Diagnostics Inc.

by enclosing copies of the same in envelopes properly addressed, and by depositing said envelope in the United States Mail with first class postage thereon having been fully prepaid.

        By: /s/ Jill M. Wheaton
        Jill M. Wheaton
        DYKEMA GOSSETT PLLC
        2723 South State Street, Suite 400
        Ann Arbor, MI 48104
        (734) 214-7629
        jwheaton@dykema.com

        Attorney for Specially Appearing Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Corporation, and Bayer HealthCare LLC

4818-6455-1271.1
ID\WHEATON, JILL - 019956\000999